JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERIC MANUEL SANDOVAL, | Case No.: 2:23-cv-03446-MRW |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 9/1/2023

THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,
LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

2

3 | BY: /s/ *Denise Bourgeois Haley*
_____

4 | Denise Bourgeois Haley
Attorney for plaintiff Eric Manuel Sandoval

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:23-CV-03446-MRW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 31, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Denise Bourgeois Haley

_____
Denise Bourgeois Haley
Attorneys for Plaintiff
_____